AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00203 |
| Benjamin Michael Shuler | ) Assigned To : Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign. Date : 8/14/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                                       *Offense Description*

18 U.S.C. § 231(a)(3) - (Civil Disorder),
18 U.S.C. § 111(a)(1) - (Assaulting, Resisting, or Impeding Certain Officers),
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building).
40 U.S.C. § 5104(e)(2)(F)- (Act of Physical Violence in the Capitol Grounds or Buildings)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Issuing Officer's signature*

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/14/2023

*Judge's signature*

City and state: Washington, D.C.            Honorable Moxila A. Upadhyaya,
                                            *United States Magistrate Judge*