AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Benjamin Michael Shuler

)
)
) Case: 1:23-mj-00203
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 8/14/2023
) Description: Complaint W/ Arrest Warrant
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Benjamin Michael Shuler**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3) - (Civil Disorder),
18 U.S.C. § 111(a)(1) - (Assaulting, Resisting, or Impeding Certain Officers),
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building).
40 U.S.C. § 5104(e)(2)(F)- (Act of Physical Violence in the Capitol Grounds or Buildings)

Date: 08/14/2023

*Judge's signature*

City and state: Washington, D.C.          Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 8.14.23, and the person was arrested on *(date)* 9.6.23
at *(city and state)* Lancaster, Ohio

Date: 9.6.23

*Arresting officer's signature*

SA Andrew Cramlet, FBI
*Printed name and title*